ANNE K. EDWARDS (SBN 110424)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone: 213-358-7200
Facsimile: 213-358-7300
Email: aedwards@sgrlaw.com

Attorneys for Defendant,
BLENDJET, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RITTENHOUSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLENDJET, INC.,<br><br>Defendant. | Case No. 2:23-cv-01906-WBS-DB<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT<br>[LOCAL RULES 143 AND 144]<br><br>Complaint Served: September 15, 2023<br>Current Response Date: October 16, 2023<br>Proposed New Response Date: December 14, 2023 |

WHEREAS, Plaintiff Gregory Rittenhouse, individually and on behalf of all others similarly situated (the "Plaintiff"), filed his Class Action Complaint on September 5, 2023 (the "Complaint"), naming BlendJet, Inc. as defendant (the "Defendant" and with "Plaintiff" referred to herein as the "Parties");

WHEREAS, counsel for Defendant agreed to accept service of the Complaint and related documents on behalf of the Defendant on September 15, 2023;

WHEREAS, the answer or other response to the Complaint is due on October 16, 2023;

WHEREAS, pursuant to Local Rules 143 and 144, Plaintiff has agreed, subject to this Court's approval, to grant Defendant an extension of time within which to respond to the Complaint, to and including December 14, 2023;

WHEREAS, based upon threshold issues that may ultimately affect the outcome of this case, enabling it to otherwise be resolved prior to December 14, 2023, and based upon the exercise of judicial economy, the Parties believe good cause exists for Plaintiff to grant Defendant an extension of time to respond to the Complaint, with all other deadlines in this matter to be stayed pending the completion of the extension;

WHEREAS, there have been no other extensions of time granted in this action to date;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant shall have an extension of time, up to and including December 14, 2023, to respond to Plaintiff's Complaint.

DATED: September 29, 2023         SMITH, GAMBRELL & RUSSELL, LLP

By:  */s/ Anne K. Edwards*
Anne K. Edwards
Attorneys for Defendant,
BLENDJET, INC.

2
**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**

DATED: September 29, 2023         DOVEL & LUNER, LLP


By: <u>*/s/ Christin Cho* (as authorized on 9/29/23)</u>
      Christin Cho
      Attorneys for Plaintiff,
      GREGORY RITTENHOUSE,
      individually and on behalf of all
      others similarly situated

IT IS SO ORDERED.

Dated:  October 3, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SGR/43425711.1

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**