1 ANNE K. EDWARDS (SBN 110424)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone: 213-358-7200
Facsimile: 213-358-7300
Email: aedwards@sgrlaw.com

Attorneys for Defendant,
BLENDJET, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RITTENHOUSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLENDJET, INC.,<br><br>Defendant. | Case No. 2:23-cv-01906-WBS-DB<br><br>STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT<br>[LOCAL RULES 143 AND 144]<br><br>Complaint Served: September 15, 2023<br>Current Response Date: December 14, 2023<br>Proposed New Response Date: February 2, 2024 |

WHEREAS, Plaintiff Gregory Rittenhouse, individually and on behalf of all others similarly situated (the "Plaintiff"), filed his Class Action Complaint on September 5, 2023 (the "Complaint"), naming BlendJet, Inc. as defendant (the "Defendant" and with "Plaintiff" referred to herein as the "Parties");

WHEREAS, counsel for Defendant agreed to accept service of the Complaint and related documents on behalf of the Defendant on September 15, 2023;

WHEREAS, the answer or other response to the Complaint would have been due on October 16, 2023;

WHEREAS, the parties previously stipulated to extend Defendant's time to respond to the Complaint to and including December 14, 2023 (ECF Doc. No. 7, filed on October 2, 2023), which stipulation the Court granted on October 3, 2023 (ECF Doc. No. 8);

WHEREAS, pursuant to Local Rules 143 and 144, Plaintiff has agreed, subject to this Court's approval, to grant Defendant a further extension of time within which to respond to the Complaint, to and including February 2, 2024;

WHEREAS, based upon threshold issues that may ultimately affect the outcome of this case, enabling it to otherwise be resolved prior to February 2, 2024, and based upon the exercise of judicial economy, the Parties believe good cause exists for Plaintiff to grant Defendant an extension of time to respond to the Complaint, with all other deadlines in this matter to be stayed pending the completion of the extension;

WHEREAS, there has been one prior extension of time granted in this action to date;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant shall have an extension of time, up to and including February 2, 2024, to respond to Plaintiff's Complaint.

IT IS FURTHER HEREBY REQUESTED by and between Plaintiff and Defendant that the Initial Scheduling Conference set for January 16, 2024, be rescheduled to a date after March 1, 2024, that is convenient to the Court.

DATED: December 11, 2023        SMITH, GAMBRELL & RUSSELL, LLP

By: */s/ Anne K. Edwards*
Anne K. Edwards
Attorneys for Defendant,
BLENDJET, INC.

DATED: December 11, 2023          DOVEL & LUNER, LLP

By: */s/ Christin Cho* (as authorized on 12/11/23)
Christin Cho
Attorneys for Plaintiff,
GREGORY RITTENHOUSE,
individually and on behalf of all
others similarly situated

IT IS SO ORDERED:

1. Defendant shall have an extension of time, up to and including February 2, 2024, to respond to Plaintiff's Complaint; and

2. The Scheduling Conference set for January 16, 2024 is rescheduled to **April 8, 2024 at 1:30 p.m.** A joint status report shall be filed no later than **March 25, 2024** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed September 6, 2023 (Docket No. 3).

Dated: December 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**

SGR/43808905.2