1 Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
2 Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
3 DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
4 Santa Monica, California 90401
5 Telephone: (310) 656-7066
Facsimile: (310) 656-7069
6
*Attorneys for Plaintiff*
7
8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| GREGORY RITTENHOUSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLENDJET, INC.,<br><br>Defendant. | Case No. 2:23-cv-01906-WBS-DB<br><br>STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT<br>[LOCAL RULES 143 AND 144]<br><br>Complaint Served:<br>September 15, 2023<br>Current Response Date:<br>February 2, 2024<br>Proposed New Response Date:<br>May 2, 2024 |

WHEREAS, Plaintiff Gregory Rittenhouse, individually and on behalf of all others similarly situated (the "Plaintiff"), filed his Class Action Complaint on September 5, 2023 (the "Complaint"), naming BlendJet, Inc. as defendant (the "Defendant" and with "Plaintiff" referred to herein as the "Parties");

WHEREAS, counsel for Defendant agreed to accept service of the Complaint and related documents on behalf of the Defendant on September 15, 2023;

WHEREAS, the answer or other response to the Complaint would have been due on October 16, 2023;

Stipulation and Order to
Further Extend Time                                                                 1

WHEREAS, the parties previously stipulated to extend Defendant's time to respond to the Complaint to and including December 14, 2023 (ECF Doc. No. 7, filed on October 2, 2023), which stipulation the Court granted on October 3, 2023 (ECF Doc. No. 8);

WHEREAS, the parties further stipulated to extend Defendant's time to respond to the Complaint to and including February 2, 2024 (ECF Doc. No. 9, filed on December 11, 2023), which stipulation the Court granted on December 15, 2023 (ECF Doc. No. 10);

WHEREAS, on December 28, 2023, the U.S. Consumer Product Safety Commission announced a voluntary recall by Defendant of the consumer products that are the subject of the Complaint pursuant to which Defendant has offered to provide free of charge replacement parts to all consumers who purchased the recalled products;

WHEREAS, counsel for the parties have engaged in good faith negotiations regarding the claims asserted in the Complaint;

WHEREAS, the parties have agreed to enter into mediation and have emailed a list of potential mediators to schedule a mediation with the hope of resolving the claims asserted by Plaintiff on his behalf and on behalf of all others similarly situated;

WHEREAS, pursuant to Local Rules 143 and 144, Plaintiff has agreed, subject to this Court's approval, to grant Defendant a further extension of time within which to respond to the Complaint, to and including May 2, 2024;

WHEREAS, based upon the Parties' good faith efforts to resolve the case, including their agreement to engage a mediator, and based upon the exercise of judicial economy, the Parties believe good cause exists for Plaintiff to grant Defendant an extension of time to respond to the Complaint, with all other deadlines in this matter to be stayed or continued pending the completion of the extension;

WHEREAS, there have been two prior extensions of time granted in this action to date;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant shall have an extension of time, up to and including May 2, 2024, to respond to Plaintiff's Complaint.

IT IS FURTHER HEREBY REQUESTED by and between Plaintiff and Defendant that the Initial Scheduling Conference, previously reset for April 8, 2024, be rescheduled to a date after June 17, 2024, that is convenient to the Court.

DATED: January 22, 2024   By: */s/ Christin Cho*
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

DATED: January 22, 2024   SMITH, GAMBRELL & RUSSELL, LLP

By: */s/ Anne K. Edwards* (as authorized on January 22, 2024)
Anne K. Edwards
Attorneys for Defendant,
BLENDJET, INC.

**IT IS SO ORDERED:**

Defendant shall have an extension of time, up to and including May 2, 2024, to respond to Plaintiff's Complaint.  It is FURTHER ORDERED that the Scheduling Conference, previously reset for April 8, 2024, be rescheduled to **July 15, 2024 at 1:30 p.m.**  A joint status report shall be filed no later than **July 1, 2024** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed September 6, 2023 (Docket No. 3).

Dated: January 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to
Further Extend Time                                3