

United States District Court
Eastern District of California

| Gregory Rittenhouse | | Case Number: | 2:23-cv-01906-WBS-DB |

Plaintiff(s)

V.

BlendJet, Inc.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Zachary Arbitman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Gregory Rittenhouse

On 10/22/2012 (date), I was admitted to practice and presently in good standing in the Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have /☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/14/2024    Signature of Applicant: /s/ Zachary Arbitman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Zachary Arbitman |
| Law Firm Name: | Feldman Shepherd Wohlgelernter Tanner Weinstock Dodig LLP |
| Address: | 1845 Walnut St., 21st. FL |
| City: | Philadelphia   State: PA   Zip: 19103 |
| Phone Number w/Area Code: | (215) 567-8300 |
| City and State of Residence: | Philadelphia, Pennsylvania |
| Primary E-mail Address: | zarbitman@feldmanshepherd.com |
| Secondary E-mail Address: | smukiibi@feldmanshepherd.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Christin Cho |
| Law Firm Name: | DOVEL & LUNER, LLP |
| Address: | 201 Santa Monica Blvd., Suite 600 |
| City: | Santa Monica   State: CA   Zip: 90401 |
| Phone Number w/Area Code: | (310) 656-7066   Bar #: 238173 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 16, 2024

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE