

United States District Court
Eastern District of California

Gregory Rittenhouse, individually and ...

Plaintiff(s)

Case Number: 2:23-cv-01906

V.

BlendJet, Inc.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeremy Richardson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

BlendJet, Inc.

On 03/06/1995 (date), I was admitted to practice and presently in good standing in the New York State (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/20/2024

Signature of Applicant: /s/ Jeremy Richardson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeremy Richardson |
| Law Firm Name: | Smith Gambrell & Russell, LLP |
| Address: | 1301 Avenue of the Americas, 21st Floor |
| City: | New York          State: NY    Zip: 10019 |
| Phone Number w/Area Code: | (646) 887-9576 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | jrichardson@sgrlaw.com |
| Secondary E-mail Address: | vmills@sgrlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Anne K. Edwards |
| Law Firm Name: | Smith Gambrell & Russell, LLP |
| Address: | 444 South Flower Street, Suite 1700 |
| City: | Los Angeles          State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 358-7210          Bar #: 110424 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 26, 2024

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE