Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*


ANNE K. EDWARDS (SBN 110424)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone:  213-358-7200
Facsimile: 213-358-7300
Email:  aedwards@sgrlaw.com

Attorneys for Defendant,
BLENDJET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RITTENHOUSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLENDJET, INC.,<br><br>Defendant. | Case No. 2:23-cv-01906-WBS-DB<br><br>STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT<br>[LOCAL RULES 143 AND 144]<br><br>Complaint Served: September 15, 2023<br>Current Response Date: May 2, 2024<br>Proposed New Response Date: July 1, 2024 |

1

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**

1  WHEREAS, Plaintiff Gregory Rittenhouse, individually and on behalf of all others similarly
2  situated (the "Plaintiff"), filed his Class Action Complaint on September 5, 2023 (the "Complaint"),
3  naming BlendJet, Inc. as defendant (the "Defendant" and with "Plaintiff" referred to herein as the
4  "Parties");
5  WHEREAS, counsel for Defendant agreed to accept service of the Complaint and related
6  documents on behalf of the Defendant on September 15, 2023;
7  WHEREAS, the answer or other response to the Complaint would have been due on October
8  16, 2023;
9  WHEREAS, the Parties previously stipulated to extend Defendant's time to respond to the
10 Complaint to and including December 14, 2023 (ECF Doc. No. 7, filed on October 2, 2023), which
11 stipulation the Court granted on October 3, 2023 (ECF Doc. No. 8);
12 WHEREAS, the Parties stipulated to further extend Defendant's time to respond to the
13 Complaint to and including February 2, 2024 (ECF Doc. No. 9, filed on December 11, 2023), which
14 stipulation the Court granted on December 15, 2023 (ECF Doc. No. 10);
15 WHEREAS, the Parties stipulated to further extend Defendant's time to respond to the
16 Complaint to and including May 2, 2024 (ECF Doc. No. 11, filed on January 22, 2024), which
17 stipulation the Court granted on January 24, 2024 (ECF Doc. No. 12);
18 WHEREAS, on December 28, 2023, Defendant in combination with the Consumer Product
19 Safety Commission announced a voluntary recall of approximately 4.8 million BlendJet 2 blenders;
20 WHEREAS, the Parties are actively engaged in settlement discussions, including a mediation
21 before JAMS mediator Hon. Diane M. Welsh (Ret.), held on April 11, 2024, and the Parties have
22 agreed to continue settlement discussions, and based upon the exercise of judicial economy, the
23 Parties believe good cause exists for Plaintiff to grant Defendant an extension of time to respond to
24 the Complaint, with all other deadlines in this matter to be stayed pending the completion of the
25 extension;
26 WHEREAS, pursuant to Local Rules 143 and 144, Plaintiff has agreed, subject to this
27 Court's approval, to grant Defendant a further extension of time within which to respond to the
28

2
**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**

Complaint, to and including July 1, 2024, so that the Parties may continue their settlement discussions after the April 11, 2024, mediation; and

WHEREAS, there have been three prior extensions of time granted in this action to date;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant shall have an extension of time, up to and including July 1, 2024, to respond to Plaintiff's Complaint.

DATED: April 17, 2024          DOVEL & LUNER, LLP

By:    */s/ Martin Brenner*
       Christin Cho
       Martin E. Brenner
       Attorneys for Plaintiff,
       GREGORY RITTENHOUSE,
       individually and on behalf of all others
       similarly situated

DATED: April 17, 2024          SMITH, GAMBRELL & RUSSELL, LLP

By:    */s/ Anne K. Edwards (as authorized on April 17, 2024)*
       Anne K. Edwards
       Attorneys for Defendant,
       BLENDJET, INC.

**IT IS SO ORDERED.**

Dated: April 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE