UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GREGORY RITTENHOUSE and LINDA GAGE, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLENDJET, INC.,<br><br>Defendant. | No. 2:23-cv-01906 WBS DB<br><br><br>ORDER |

----oo0oo----

After defendant moved to dismiss and plaintiffs filed an amended complaint, defendant withdrew its initial motion to dismiss and moved to dismiss the amended complaint.  Plaintiffs now request ex parte an extension of time to file their opposition to the motion.  (Docket No. 31.)  Defendant does not oppose an extension of time to September 4, 2024, but does oppose plaintiffs' request for an extension to September 9, 2024, because the extension of time may leave defense counsel with insufficient time to file defendant's reply given defense

1

counsel's travel plans and other commitments.  (Docket No. 32.)

The court will grant the request while noting that defendant is free to request an extension of time for its reply and/or request to move the hearing date for the motion to dismiss, should the need arise.  However, the court admonishes the parties to resolve these routine matters via stipulation whenever possible, without requiring the court to resolve trivial disputes.

It is therefore ORDERED that plaintiffs' request for an extension of time (Docket No. 31) be, and the same hereby is GRANTED.  Plaintiffs shall file their opposition to the motion to dismiss by September 9, 2024.

Dated:  August 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2