ANNE K. EDWARDS (SBN 110424)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone:  213-358-7200
Facsimile: 213-358-7300
Email:  aedwards@sgrlaw.com

Jeremy Richardson  (*admitted pro hac vice*)
jrichardson@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 21st Floor
New York, NY 10019
Telephone: (212) 907-9700

Attorneys for Defendant,
BLENDJET, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RITTENHOUSE and LINDA GAGE, individually and on behalf of all others similar situated , <br><br>Plaintiff,<br><br>vs.<br><br>BLENDJET, INC., and RYAN PAMPLIN,<br><br>Defendant. | Case No. 2:23-cv-01906-WBS-DB <br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BLENDJET, INC., TO SERVE AND FILE ITS REPLY PAPERS IN FURTHER SUPPORT OF ITS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT<br>[LOCAL RULES 143 AND 144]<br><br>Opposition Served:  September 9, 2024<br>Current Reply Date:  September 19, 2024<br>Proposed New Reply Date:  October 3, 2024 |

WHEREAS, Plaintiff Gregory Rittenhouse, individually and on behalf of all others similarly situated (the "Plaintiff"), filed his First Amended Class Action Complaint on ("FAC") on July 22, 2024. See FAC (ECF 25);

1
**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, Defendant BlendJet, Inc. ("BlendJet"), filed its Motion to Dismiss the FAC on August 5, 2024. See ECF 28;

WHEREAS, on August 13, 2024, Plaintiffs' filed an *ex parte* Motion seeking an extension of time to file their opposition to the Motion to Dismiss the FAC. See ECF 31;

WHEREAS, by order dated August 16, 2024, the Court granted Plaintiffs' request for an extension of time, and in its order stated "that defendant is free to request an extension of time for its reply …." See ECF 33 at p. 2

WHEREAS, absent an extension, BlendJet's reply papers will be due September 19, 2024; and

WHEREAS, counsel who is now principally handling the drafting of BlendJet's reply papers is ill;

WHEREAS, Defendant BlendJet has not previously requested an extension of time to serve and file its reply papers in further support of the Motion to Dismiss the FAC;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant BlendJet that Defendant BlendJet's time to serve and file its reply papers in further support of the Motion to Dismiss the FAC be and hereby is extended up to and including October 3, 2024.

DATED: September 17, 2024     SMITH, GAMBRELL & RUSSELL, LLP

By: */s/ Jeremy Richardson*\*
Anne K. Edwards
Jeremy Richardson
Attorneys for Defendant
BLENDJET, INC.

By: */s/ Zachary Arbitman*
Zachary Arbitman\*
FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333
zarbitman@feldmanshepherd.com

Simon Franzini (Cal. Bar No. 287631)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
christin@dovel.com
simon@dovel.com

*Attorneys for Plaintiffs*

\*Admitted Pro Hac Vice

IT IS SO ORDERED.

Dated:  September 18, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND ORDER TO EXTEND TIME**

SGR/71595378.1