Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Zachary Arbitman (PA Bar No. 314274)
zarbitman@feldmanshepherd.com
George Aloysius Donnelly, IV (PA Bar No. 321317)
gdonnelly@feldmanshepherd.com
FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK DODIG, LLP
1845 Walnut Street, floor 21
Philadelphia, PA 19103
Telephone: (215) 567-8300
Facsimile: (215) 567-8333

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gregory Rittenhouse and Linda Gage, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*s,<br><br>v.<br><br>BlendJet, Inc. and Ryan Pamplin,<br><br>*Defendant*. | **Case No. 2:23-cv-1906-WBS-DB**<br><br>ORDER ON PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SERVE DEFENDANT RYAN PAMPLIN |

ORDER

**ORDER**

AND NOW, upon consideration of Plaintiffs' Motion for an Extension of Time to serve Defendant Ryan Pamplin, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs shall SERVE Defendant Ryan Pamplin or FILE a Motion for Alternative Service no later than December 22, 2024.

Dated:  October 28, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE