Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

Anne K. Edwards (SBN 110424)
aedwards@sgrlaw.com
Jeremy Richardson (*admitted pro hac vice*)
jrichardson@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone:  213-358-7200
Facsimile: 213-358-7300

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RITTENHOUSE, and LINDA GAGE, individually and on behalf of all others similarly situated,<br><br>                    *Plaintiffs,*<br><br>     vs.<br><br>BLENDJET, INC. and RYAN PAMPLIN,<br><br>                    *Defendant.* | Case No. 2:23-cv-01906-WBS-SCR<br><br>JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT AND SCHEDULING CONFERENCE |

1
**STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS HEARING**

1    Counsel for Plaintiffs and Counsel for Defendant BlendJet, Inc., have conferred and mutually
2    agreed to request continuances of the Hearing on Defendant's Motion to Dismiss First Amended
3    Complaint and the Scheduling Conference as set forth below.
4    WHEREAS, Plaintiffs Gregory Rittenhouse and Linda Gage, individually and on behalf of
5    all others similarly situated (the "Plaintiffs"), filed a First Amended Class Action Complaint on July
6    22, 2024, naming BlendJet, Inc. as defendant (the "Defendant" and with "Plaintiffs" referred to
7    herein as the "Parties")[1];
8    WHEREAS, Defendant filed its Motion to Dismiss First Amended Complaint on August 5,
9    2024 (Dkt. 28);
10   WHEREAS, Defendant noticed the hearing on its Motion to Dismiss First Amended
11   Complaint for October 28, 2024, at 1:30 p.m.;
12   WHEREAS, the Court, on its own motion, continued the hearing on Defendant's Motion to
13   Dismiss First Amended Complaint to November 25, 2024, at 1:30 p.m. (Dkt. 42);
14   WHEREAS, attorneys for Plaintiffs have several scheduling conflicts on November 25,
15   2024, including pre-arranged and pre-paid vacation related to the Thanksgiving holiday and a
16   hearing in another case;
17   WHEREAS, the Scheduling Conference is currently scheduled for December 16, 2024, at
18   1:30 p.m. pending hearing on Defendant's Motion to Dismiss First Amended Complaint (Dkt. 35);
19   WHEREAS, in light of Plaintiffs' counsel's conflicts, the Parties conferred and agreed to
20   continue the Hearing on Defendant's Motion to Dismiss First Amended Complaint from November
21   25, 2024, to January 21, 2025, at 1:30 p.m.;
22   WHEREAS, the Parties have requested no prior continuances of the Hearing on Defendant's
23   Motion to Dismiss First Amended Complaint;
24   WHEREAS, the Parties conferred and agreed to continue the Scheduling Conference until
25   April 7, 2025, at 1:30 p.m. with a Joint Status Report due on March 24, 2025, so that Defendant's
26   Motion to Dismiss First Amended Complaint can be heard first;

---

[1] The First Amended Complaint also names Ryan Pamplin as a defendant. Mr. Pamplin has not yet been served and did not participate in this stipulation.

2
**STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS HEARING**

WHEREAS, the Parties have previously requested continuances of the Scheduling Conference two times (Dkt. 9; Dkt. 11), and the Court has itself rescheduled the Scheduling Conference two times (Dkt. 20; Dkt. 35);

WHEREAS, counsel for Plaintiffs, per the Court's standing order, checked dates with the Courtroom Deputy on October 28, 2024, before submitting this stipulation;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that the Motion to Dismiss Hearing is continued to **January 21, 2025, at 1:30 p.m**.; the Joint Status Report is due on **March 24, 2025**; and the Scheduling Conference is set for **April 7, 2025**, at 1:30 p.m.

DATED: October 30, 2024    DOVEL & LUNER, LLP

By:    */s/ Martin Brenner*
       Martin Brenner (Cal. Bar No. 333540)
       martin@dovel.com
       Christin Cho (Cal. Bar No. 238173)
       christin@dovel.com
       Simon Franzini (Cal. Bar No. 287631)
       simon@dovel.com

       *Attorneys for Plaintiff*

DATED: October 30, 2024    SMITH, GAMBRELL & RUSSELL, LLP

By:    */s/ Jeremy Richardson* (as authorized on October 30, 2024)
       Anne K. Edwards
       aedwards@sgrlaw.com
       Jeremy Richardson*
       jrichardson@sgrlaw.com

       *Attorneys for Defendant BlendJet, Inc.*
       *Admitted *Pro Hac Vice*

**IT IS SO ORDERED.**

Dated: October 31, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE