UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GREGORY RITTENHOUSE, and LINDA GAGE, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>BLENDJET, INC., and RYAN PAMPLIN,<br><br>   Defendants. | No. 2:23-cv-01906 WBS DB<br><br>ORDER RE: PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT RYAN PAMPLIN |

----oo0oo----

   Plaintiffs Gregory Rittenhouse and Linda Gage seek leave to serve defendant BlendJet's CEO Ryan Pamplin (a) via first-class mail to BlendJet's corporate headquarters, and (b) via email at ryan@blendjet.com and support@blendjet.com. (Docket No. 47.)[1] Through their counsel, plaintiffs represent that they

---

[1] Pursuant to Local Rule 230(g), the court finds the motion suitable for decision on the papers without the need for oral argument and vacates the hearing on this motion which was scheduled for February 3, 2025.

1

have not been able to serve Pamplin despite their best efforts to locate him.  (Decl. of George A. Donnelly ¶¶ 1-5 (Docket No. 47-1).)

Federal law requires that alternative service of process comply with Federal Rule of Civil Procedure 4 and "constitutional notions of due process."  Rio Props., Inc. v. Rio Int'l Interlink, 284 F.3d 1007, 1016-17 (9th Cir. 2002).  In other words, alternative service "must be 'reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections."  Id. (quoting Mullane v. Cent. Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950)).

Pursuant to that standard, the Ninth Circuit has upheld "alternative methods of service including publication, ordinary mail, mail to defendant's last known address, delivery to the defendant's attorney, telex, and most recently, email."  Rio Props., 284 F.3d at 1016.  The court finds that plaintiffs' suggested methods of alternative service are consistent with federal law.

IT IS THEREFORE ORDERED that plaintiffs' motion for alternative service on Pamplin (Docket No. 47) be, and the same hereby is GRANTED.  Plaintiffs have ten days from the date of this Order to serve Pamplin in the manner consistent with this Order and to file a proof of such service with the court.

Dated:  January 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE