UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GREGORY RITTENHOUSE, and LINDA GAGE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>BLENDJET, INC., and RYAN PAMPLIN,<br><br>    Defendants. | No. 2:23-cv-01906 WBS DB<br><br>ORDER RE: STIPULATION TO CONTINUE DATE OF SCHEDULING CONFERENCE |

----oo0oo----

   Because the court has already issued orders addressing plaintiffs' motions to dismiss and for alternative service, the parties' request for approval of their stipulation to continue the hearing on those motions (Docket No. 48) is moot. Because the scheduling conference is more than two months away, the court declines to continue the scheduling conference at this time. Should the parties still wish to move the scheduling conference, either now or at a later time, they may file a new stipulation

1

1 | making such a request.
2 |       IT IS SO ORDERED.
3 | Dated: January 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2