Anne K. Edwards (SBN 110424)
aedwards@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 358-7242

Jeremy Richardson  (*admitted pro hac vice*)
jrichardson@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 21st Floor
New York, NY 10019
Telephone: (212) 907-9700

Attorneys for Defendant, BlendJet, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY RITTENHOUSE and LINDA GAGE, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLENDJET, INC., and RYAN PAMPLIN,<br><br>Defendants. | Case No. 2:23-cv-01906-WBS-DB<br><br>**SMITH, GAMBRELL & RUSSELL, LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br>**[SUPPORTING DECLARATION OF JEREMY D. RICHARDSON ATTACHED]**<br><br>Judge:  Hon. William B. Shubb<br>Date:   March 3, 2025<br>Time:   1:30 p.m.<br>Crtrm.:  5<br><br>Complaint Filed: September 5, 2023<br>Trial Date:         None Set |

**SMITH, GAMBRELL & RUSSELL LLP'S MOTION TO WITHDRAW**

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 3, 2025, at 1:30 p.m. or as soon thereafter as this matter may be heard in Courtroom 5 of the United States District Court, Eastern District of California, 501 I Street, Suite 4-200, 14th Floor, Sacramento, California 95814, the Honorable William B. Shubb presiding, Smith, Gambrell & Russell, LLP, will and hereby does move this Court for an order permitting Smith, Gambrell & Russell, LLP, to withdraw as counsel for Defendant, BlendJet, Inc., pursuant to EDCA Local Rule 182(d) and consistent with the Rules of Professional Conduct of the State Bar of California, Rule 1.16(b)(5).

DATED: January 24, 2025                SMITH, GAMBRELL & RUSSELL, LLP

By:    */s/ Anne K. Edwards*
      Anne K. Edwards
      Jeremy Richardson
      Attorneys for Defendant
      BLENDJET, INC.

**SMITH, GAMBRELL & RUSSELL LLP'S MOTION TO WITHDRAW**

# MOTION TO WITHDRAW

Movants, Anne Edwards, Jeremy Richardson and Smith Gambrell & Russell, LLP, respectfully request leave to withdraw as counsel for Defendant, Blendjet, Inc. ("Blendjet"). In support of this motion, and in accordance with Local Rule 182(d), Movants state as follows:

1. Movants currently represent Blendjet in this lawsuit.

2. Movants seek leave to withdraw as counsel for Blendjet due to irreconcilable differences that have made further representation impossible, namely that Blendjet has substantially failed to fulfill its obligations to the Movants regarding Movants' services.

3. Prior to the filing of this motion, Movants notified Blendjet by e-mail of Movants' intent to withdraw as counsel and that Blendjet may seek to retain new counsel. Movants also advised Blendjet that a representative of Blendjet must appear in person at the hearing on this motion.

4. Blendjet's last known address is 535 Getty Court, Suite A, Benicia, CA, 94510.

5. Following the Court's decision on BlendJet's motion to dismiss (Dkt. 49) Richardson spoke with counsel for Plaintiffs to advise them of this motion. Based on that discussion, Movants understand that Plaintiffs intend to file a second amended complaint and will seek an extension of time to do so. In that regard, Movants believe that Blendjet should not be required to answer the surviving counts of Plaintiffs' amended complaint and should be permitted to instead respond Plaintiffs' second amended complaint, when filed.

6. A copy of this motion will be sent to Blendjet by certified mail and email immediately upon its filing, which will also be served on counsel for Plaintiffs.

**SMITH, GAMBRELL & RUSSELL LLP'S MOTION TO WITHDRAW**

WHEREFORE, Movants respectfully request that the Court grant this motion and allow Edwards, Richardson and Smith Gambrell & Russell, LLP to withdraw as counsel for Defendant Blendjet, Inc.

DATED: January 24, 2025        SMITH, GAMBRELL & RUSSELL, LLP

By:   */s/ Anne K. Edwards*
     Anne K. Edwards
     Jeremy Richardson
     Attorneys for Defendant
     BLENDJET, INC.

IT IS SO ORDERED.

DATED:

_____
Judge of the United States District Court, Eastern District of California

3
**SMITH, GAMBRELL & RUSSELL LLP'S MOTION TO WITHDRAW**

**DECLARATION OF JEREMY RICHARDSON**

I, Jeremy Richadson, do hereby declare as follows:

1. I am an attorney licensed to practice law in the State of New York and to appear as *pro hac vice* counsel in this case. I am a partner with the law firm of Smith, Gambrell & Russell, LLP ("SGR"), attorneys of record for the defendant Blendjet, Inc. ("Defendant").

2. SGR and its handling partners, Jeremy Richardson and Anne K. Edwards (collectively, "Movants") seek leave to withdraw as counsel for Blendjet due to irreconcilable differences that have made further representation impossible, namely that Blendjet has substantially failed to fulfill its obligations to the Movants regarding Movants' services.

3. Prior to the filing of this motion, I notified Blendjet by e-mail of Movants' intent to withdraw as counsel and that Blendjet may seek to retain new counsel. I also advised Blendjet that a representative of Blendjet must appear in person at the hearing on this motion.

4. Blendjet's last known address is 535 Getty Court, Suite A, Benicia, CA, 94510.

5. On January 16, 2025, I communicated with the principals of BlendJet via e-mail. At that time the e-mail addresses for the principles of BlendJet worked. In addition to serving by mail a copy of this motion to Blendjet at its last known mailing address, a copy of this motion will be sent to Blendjet at the e-mail addresses of Blendjet's principals.

6. Following the Court's decision on BlendJet's motion to dismiss (Dkt. 49) I spoke with counsel for Plaintiffs to advise them of this motion. Based on that discussion, Movants understand that Plaintiffs intend to file a second amended complaint and will seek an extension of time to do so. In that regard, Movants believe that Blendjet should not be required to answer the surviving counts of Plaintiffs' amended complaint and should be permitted to instead respond to Plaintiffs' second amended complaint, when filed. A copy of this motion will be sent to Blendjet by certified mail and email immediately upon its filing, which will also be served on counsel for Plaintiffs.

1   I hereby declare under penalty of perjury that the foregoing is true and correct and if
2   called upon as a witness I would be competent to testify thereto.
3   Executed this 24th day of January, 2025 in New York, New York.

   /s/ Jeremy Richardson
   Jeremy Richardson

## PROOF OF SERVICE

*Gregory Rittenhouse v. BlendJet, Inc.*
U.S.D.C. Case Number 2:23-cv-01906-WBS-DB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

 On January 24, 2025, I served true copies of the following document(s) described as

- **SMITH, GAMBRELL & RUSSELL, LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; [SUPPORTING DECLARATION OF JEREMY D. RICHARDSON ATTACHED]**

on the interested parties in this action as follows:

| | |
|---|---|
| Christin Cho (Cal. Bar No. 238173)<br>christin@dovel.com<br>Simon Franzini (Cal. Bar No. 287631)<br>simon@dovel.com<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA  90401<br>Telephone:  (310) 656-7066<br>Facsimile:  (310) 656-7069 | *Attorneys for Plaintiffs* |
| BlendJet, Inc. [via mail]<br>535 Getty Court<br>Suite A<br>Benicia, CA  94510 | *Defendant* |

•  **BY MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Smith, Gambrell & Russell, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

•  **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

| | |
|---|---|
| 1 | |
| 2 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 4 | Executed on January 24, 2025, at Los Angeles, California. |

                                                  */s/ Verastine Mills*
                                                  Verastine Mills