**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GREGORY RITTENHOUSE and LINDA GAGE, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-01906-WBS-SCR |
|---|---|
| Plaintiffs, | **ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND FOR DEFENDANTS' RESPONSES THERETO** |
| v. | |
| BLENDJET, INC. and RYAN PAMPLIN, | **L.R. 144(A)** |
| Defendants. | Complaint Filed: July 22, 2024 |

-1-
ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE SECOND AMENDED
COMPLAINT AND DEFENDANTS' RESPONSES THERETO

Having read and considered the stipulation by Plaintiffs Gregory Rittenhouse and Linda Gage, individually and on behalf of all others similarly situated, on the one hand ("Plaintiffs"), and Defendant BlendJet, Inc. ("BlendJet") and Defendant Ryan Pamplin ("Pamplin") ("Defendants"), on the other hand, and good cause appearing therefor:

IT IS HEREBY ORDERED that the stipulation is GRANTED.

Plaintiffs shall have until March 7, 2025 to file a second amended complaint and Defendants shall have until April 4, 2025 to file their response to the second amended complaint.

The Scheduling Conference is continued to **July 14, 2025 at 1:30 p.m**. A joint status report shall be filed no later than **June 30, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed September 6. 2023 (Docket No. 3).

IT IS SO ORDERED.

Dated: January 31, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE