UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GREGORY RITTENHOUSE, and LINDA GAGE, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>BLENDJET, INC., and RYAN PAMPLIN,<br><br>           Defendants. | No. 2:23-cv-1906 WBS DB<br><br>ORDER |

----oo0oo----

This matter is set for hearing on defense counsel's motion to withdraw on March 3, 2025, at 1:30 p.m., in Courtroom 5, on the 14th floor of the Robert T. United States Courthouse, 501 I Street, Sacramento, California.  (Docket No. 53.)  Defense counsel is reminded that a personal appearance by counsel is required at the hearing, and that no Zoom or telephonic appearances will be permitted.  Plaintiffs' counsel are not

1

required to appear unless they voluntarily elect to do so.

In their motion, defense counsel represent that they understand plaintiffs intend to file a second amended complaint following the court's ruling on defendants' motion to dismiss and that BlendJet, Inc. should be permitted to respond to that amended complaint. (Docket No. 53.) As a corporation, BlendJet would not be permitted to appear or file any pleadings in this action without counsel. See D-Beam Ltd. v. Roller Derby Skates, Inc., 366 F.3d 972, 973-74 (9th Cir. 2004); see also L.R. 183(a) ("A corporation or other entity may appear only by an attorney."). Thus, if the court grants the pending motion to withdraw, BlendJet would not be permitted to file any response to the Second Amended Complaint, and unless it retains new counsel, a default judgment could be entered against it.

Accordingly, defense counsel shall have a representative of BlendJet present at the hearing on the motion to withdraw so that the court may discuss with such representative the dire consequences of granting that motion.

IT IS SO ORDERED.

Dated: February 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2