IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RITTENHOUSE and LINDA GAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLENDJET, INC. and RYAN PAMPLIN,<br><br>Defendants. | Case No. 2:23-cv-01906-WBS-SCR<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' REPLY THERETO**<br><br>**L.R. 144(A)**<br><br>Complaint Filed: July 22, 2024 |

1  Having read and considered the stipulation by Plaintiffs Gregory Rittenhouse
2  and Linda Gage, individually and on behalf of all others similarly situated, one
3  hand ("Plaintiffs"), and Defendant Ryan Pamplin ("Defendant"), on the other hand,
4  and good cause appearing therefore:

5  IT IS HEREBY ORDERED that the stipulation is GRANTED.

6  Plaintiffs shall have until May 2, 2025, to file a response in opposition to
7  Defendants' Motion to Dismiss, and Defendant shall have until May 19, 2025, to
8  file their reply in support of the Motion to Dismiss.

9  IT IS SO ORDERED.

10  Dated: April 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE