# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| Gregory Rittenhouse and Linda Gage, individually and on behalf of all others similarly situated<br>Plaintiffs,<br>V.<br>BlendJet, Inc. and Ryan Pamplin<br>Defendants, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:23-cv-01906-WBS-SCR |

Notice is hereby given that, subject to approval by the court, Plaintiffs Gregory Rittenhouse and Linda Gage substitutes
(Party (s) Name)

Thomas Edward Wheeler , State Bar No. 308789 as counsel of record
(Name of New Attorney)

in place of Christin Cho; Martin Brenner .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Tom Wheeler Law
- Address: 213 N Glendale Ave #1188, Glendale, CA 91206-4455
- Telephone: (213) 342-4243      Facsimile
- E-Mail (Optional): tom@twheelerlaw.com

I consent to the above substitution.                /s/ Gregory Rittenhouse (authorized June 9, 2025)

Date: 6/9/2025                                       /s/ Linda Gage (authorized June 9, 2025)
                                                     (Signature of Party (s))

I consent to being substituted.                      /s/ Christin Cho

Date: June 9, 2025                                   /s/ Martin Brenner
                                                     (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/10/2025                                      /s/ Thomas Wheeler (authorized June 10, 2025)
                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: June 11, 2025

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**