**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gregory Rittenhouse and Linda Gage, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BlendJet, Inc. and Ryan Pamplin,<br><br>Defendants. | Case No. 2:23-cv-01906-WBS-SCR<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF INITIAL CASE MANGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. The Initial Scheduling Conference shall be continued from July 14, 2025 to **November 17, 2025 at 1:30 p.m**.;

2. The Parties are to file their joint scheduling report pursuant to the Court's prior order fourteen (14) days prior to this continued date, and no later than **November 3, 2025.**

Dated: June 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE**
-1-