IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RITTENHOUSE and LINDA GAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLENDJET, INC., et al.<br><br>Defendants. | Case No. 2:23-cv-01906-WBS-SCR<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' REPLY THERETO**<br><br>**L.R. 144(A)**<br><br>Third Amended Complaint Filed: July 1, 2025 |

Having read and considered the stipulation by Plaintiffs Gregory Rittenhouse and Linda Gage, individually and on behalf of all others similarly situated, on one hand ("Plaintiffs"), and Defendant Ryan Pamplin ("Defendant"), on the other hand, and good cause appearing therefore:

IT IS HEREBY ORDERED that the stipulation is GRANTED.

Plaintiffs shall have until August 6, 2025, to file a response in opposition to Defendants' motion to dismiss and stipulate that Defendants shall have until August 20, 2025, to file their reply in support thereof.

IT IS SO ORDERED.

Dated: July 22, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-
ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS AND DEFENDANTS' REPLY THERETO