# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Rittenhouse and Linda Gage, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BlendJet, Inc. <br><br> Defendants | Case No. 2:23-cv-01906-WBS-SCR <br><br> **ORDER GRANTING SECOND REQUEST FOR CONTINUANCE OF INITIAL CASE MANGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. The Initial Scheduling Conference in the above-captioned matter shall be continued from November 17, 2025 to **February 23, 2026 at 1:30 p.m**.; and

2. The Parties are to file their joint scheduling report pursuant to the Court's prior order no later than **February 9, 2026**.

Dated: November 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE**

-1-