Zachary Arbitman (*pro hac vice*)
George Donnelly (*pro hac vice*)
FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
zarbitman@feldmanshepherd.com
gdonnelly@feldmanshepherd.com

Thomas Wheeler, Esq. (SBN 308789)
TOM WHEELER LAW, APC
213 North Glendale Ave. #1188
Glendale, CA 91206
Telephone: (213) 342-4243
tom@twheelerlaw.com

***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY RITTENHOUSE and LINDA GAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLENDJET, INC.,<br><br>Defendant. | Case No. 2:23-cv-01906-WBS-SCR<br><br>**Order granting Plaintiffs' Motion for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2).**<br><br>Date: December 7, 2026<br>Time: 1:30 PM<br>Ctrm: 5<br>Judge: Hon. William B. Shubb |

**Order**

Before the Court is the motion of Plaintiffs Gregory Rittenhouse and Linda Gage to for voluntary dismissal of their claims against BlendJet, Inc. ("BlendJet"). The Court, being fully advised in the matters herein and having read and considered the Motion, hereby **GRANTS** Plaintiffs' Motion. **IT IS THEREFORE ORDERED** that Plaintiffs' Claims against BlendJet, Inc. are DISMISSED WITHOUT PREJUDICE and the Clerk of the Court is directed to CLOSE this case.

**IT IS SO ORDERED**.

Dated: October 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE